31 Mars 2025




USA v. Andrew Wiederhorn et.al.
2:24-cr-295-RGK

Dear Clerk to Judge Klausner:

According to the Los Angeles Times, an assistant US Attorney assigned to this case, Adam Schleifer, was suddenly fired on Friday 28 Mars 2025.

I respectfully ask that you set an order to show cause to determine how this happened.

(2)

It appears to be active interference in the prosecution of a pending criminal case.

District judges are among the few lines of defense against trump's destruction of our democracy. ~~[scribble]~~ Please help!

I have no connection with any of the parties or counsel in this matter.

Thank you,



Clerk to the Hon. R. Gary Klausner
Courtroom 850
US Courthouse (APR 2 2025)
255 East Temple Street
Los Angeles, CA 90012

USA v Wiederhorn
2:24-cr-295-RGK