GIBSON, DUNN & CRUTCHER LLP
DOUGLAS FUCHS, SBN 196371
    DFuchs@gibsondunn.com
NICOLA HANNA, SBN 130694
    NHanna@gibsondunn.com
JIMMY ROTSTEIN, SBN 305072
    JRotstein@gibsondunn.com
RAYCHEL TEASDALE, SBN 335034
    RTeasdale@gibsondunn.com
BRENNA GIBBS, SBN 342388
    BGibbs@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

*Attorneys for Defendant
Andrew A. Wiederhorn*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-00295-RGK |
| Plaintiff, | **DECLARATION OF DOUGLAS FUCHS IN SUPPORT OF MR. WIEDERHORN'S REPLY IN SUPPORT OF MOTION TO COMPEL THE PRODUCTION OF OUTSTANDING DISCOVERY** |
| v. | |
| ANDREW A. WIEDERHORN, WILLIAM J. AMON, REBECCA D. HERSHINGER, and FAT BRANDS INC., | **Trial**: October 28, 2025<br>**Hearing Date**: May 19, 2025<br>**Hearing Time**: 10:00 a.m.<br>**Dept**: Courtroom 850, 8th Floor<br>**Judge**: Honorable R. Gary Klausner |
| Defendants. | |

I, Douglas Fuchs, declare as follows:

1. I am an attorney at Gibson, Dunn & Crutcher LLP, counsel of record in this action for Defendant Andrew A. Wiederhorn ("Mr. Wiederhorn"). I am a member of the Bar of the State of California and have been admitted to practice before this Court. I submit this Declaration in support of Mr. Wiederhorn's Reply In Support Of Motion to Compel the Production of Outstanding Discovery. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called to do so.

2. Attached hereto as **Exhibit 1** is a true and correct copy of USAO_PROD_00000412. This document shows that the investigation into Mr. Wiederhorn began in early March 2020.

3. Defense counsel first requested discovery relating to the 1990s loans and early 2000s investigation on May 14, 2024. Despite repeated requests for this discovery, the government did not disclose that it knew, at least as of March 17, 2023, that much of the relevant discovery had been destroyed. *See* Dkt. 121-1 (Reidy Decl.), Ex. E. The government either ignored defense counsel's requests or failed to provide clear answers about whether the discovery still existed.

4. On April 30, 2025, the government made a production of less than 300 tax-related documents. The production primarily consisted of documents sought and received from the California Franchise Tax Board, communications and document requests showing two instances in which materials related to the prior investigation of Mr. Wiederhorn were sought by the prosecution team from various departments of the government, and the IRS case files—or lack thereof—of Wilshire-related entities that were not even sought by the prosecution team until this motion to compel was filed. For instance, included in this production was an April 15, 2025 email from IRS Special Agent Janet Siu requesting various files associated with the 1990s loans and early 2000s investigation. Ms. Siu wrote, "[t]his is an expedited request for the government to respond timely to a legal proceeding." This email was sent one day after Mr. Wiederhorn

filed this motion to compel. Attached hereto as **Exhibit 2** is a true and correct copy of this email.

5. At meet and confer calls on November 12, 2024 and December 16, 2024, defense counsel asked for information or documents revealing the identities of the individuals at Main Justice in Washington, D.C. who were involved in the determination regarding Mr. Wiederhorn's case in the early 2000s. Then-Assistant U.S. Attorney Adam Schleifer represented at both meetings that they were not aware of any documents revealing this information, and that he did not think Mr. Wiederhorn was entitled to this information.

6. In other discovery, the government has admitted it destroyed relevant IRS files after this investigation started. Attached hereto as **Exhibit 3** is one such document.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 5, 2025, at Los Angeles, California.

_____
Douglas Fuchs